**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ray Lawrence MONDRAGON,**
**Defendant–Appellant.**

**No. 04–30089.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 23, 2004.

Kris A. Mclean, Esq., Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

John Rhodes, Federal Defender, Missoula, MT, for Defendant–Appellant.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

## MEMORANDUM **

Raymond Lawrence Mondragon appeals the sentence imposed upon revocation of his supervised release. He challenges the district court's imposition of consecutive revocation sentences where the district court imposed concurrent sentences for Mondragon's two convictions including

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

concurrent terms of supervised release. Mondragon concedes, however, that this contention is foreclosed by *United States v. Jackson*, 176 F.3d 1175, 1177 (9th Cir. 1999), and states that he prosecutes this appeal so that he can seek en banc review.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.